# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JEFFERSON LA BREA D&J PROPERTIES, LLC,<br>    Debtor. | 2:23-cv-10179-DSF<br><br>Order to Show Cause re<br>Dismissal for Lack of Prosecution |

    Appellant's opening brief was due on February 28, 2024. No brief has been filed as of the date of this order. Therefore, Appellant is ordered to show cause no later than June 6, 2024, why this appeal should not be dismissed for failure to prosecute. The filing of an opening brief constitutes an adequate response to this order.

    IT IS SO ORDERED.

Date: May 24, 2024

                                                  Dale S. Fischer<br>                                                  United States District Judge