JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JEFFERSON LA BREA D AND J PROPERTIES, LLC<br>　　　Debtor. | 2:23-cv-10179-DSF<br><br>JUDGMENT |

　　The Court having issued an order to show cause re dismissal for lack of prosecution and Appellant not having responded within the time allotted by the Court,

　　IT IS ORDERED AND ADJUDGED that the appeal be dismissed.

Date: June 10, 2024

_____
Dale S. Fischer
United States District Judge